1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  BRANDALE ROBINSON,                    Case No. CV 11-10720 JVS (SS)

12              Petitioner,           **ORDER ACCEPTING FINDINGS,**

13       v.                           **CONCLUSIONS AND**

14  L.C. MCEWEN, Warden,               **RECOMMENDATIONS OF UNITED**

15              Respondent.           **STATES MAGISTRATE JUDGE**

16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the

18  First Amended Petition, all the records and files herein, the

19  Report and Recommendation of the United States Magistrate Judge,

20  and Petitioner's Objections.  After having made a <u>de novo</u>

21  determination of the portions of the Report and Recommendation to

22  which Objections were directed, the Court concurs with and

23  accepts the findings and conclusions of the Magistrate Judge.

24  \\

25  \\

26  \\

27  \\

28  \\

**IT IS ORDERED** that the First Amended Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on counsel for Petitioner and Respondent.

In his objections, Petitioner makes two requests for further relief. (Docket No. 46.) First, he requests an evidentiary hearing. The Court finds that the present record is sufficient, and that there is no basis for an evidentiary hearing. United States v. Mejia-Mesa, 153 F.3d 925, 929 (9th Cir. 1989). Second, he seeks leave to file a First Supplemental Petition. The Court finds that the request is untimely and the stated grounds futile. Foman v. Davis, 371 U.S. 178, 182 (1962); Moore v. Kayport Package Express, Inc., 885 F.2d 531, 538 (9th Cir. 1989); Fed. R. Civ. P. 15(d).

1

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

3

4
Dated: March 06, 2014

5
JAMES V. SELNA
6
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28