**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDALE ROBINSON, | Case No. CV 11-10720 JVS (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| L.C. MCEWEN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: March 06, 2014

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE